# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

U.S.A. vs. Alexis Manuel Gonzalez                      Docket No. 5:09-CR-310-2BO

### Petition for Action on Supervised Release

COMES NOW Maurice J. Foy, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Alexis Manuel Gonzalez, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possession With Intent to Distribute Cocaine, 21 U.S.C. § 846, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on March 18, 2010, to the custody of the Bureau of Prisons for a term of 27 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Alexis Manuel Gonzalez was originally released from custody on September 19, 2011, at which time the term of supervised release commenced.

On February 29, 2012, the defendant tested positive for cocaine. A Petition for Action on Supervised Release was submitted to the court recommending that the defendant be continued in substance abuse treatment, in conjunction with the Surprise Urinalysis Program, and that he participate in a cognitive behavioral program and HOPE - Drug/Reentry Court. The court concurred

On March 27, 2012, the defendant tested positive for cocaine. A Petition for Action on Supervised Release was submitted to the court recommending that the defendant participate in Intensive Outpatient (IOP) treatment, be continued in the Surprise Urinalysis Program, and be required to complete a 90-day period of home detention. The court concurred.

On April 11, 2013, after violating his term of supervision by continuing to use controlled substance, the defendant appeared before the Honorable Terrence W. Boyle, U.S. District Judge, for his Revocation Hearing. He was sentenced to 3 months custody with a new 16-month term of supervised release to follow. His current term of supervision commenced on May 29, 2013.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 18, 2014, in Mecklenburg County, Virginia, the defendant was charged with Reckless Driving. The defendant did not have permission to leave the Eastern District of North Carolina. This charge remains pending and is scheduled for court on March 25, 2014. To address the defendant's poor decision making, the probation office recommends that he be ordered to complete a 30-day term of home detention with electronic monitoring. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Alexis Manuel Gonzalez
Docket No. 5:09-CR-310-2BO
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 30 consecutive days. The defendant shall be restricted to residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/Maurice J. Foy<br>Maurice J. Foy<br>Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: (919) 861-8660<br>Executed On: March 5, 2014 |

## ORDER OF COURT

Considered and ordered this _6_ day of _March_, 2014, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge